■ MARY A. MATHEWS, Respondent, v. CHILI AVENUE GARAGE, INC., Appellant.— Motion for an order limiting the security required to stay execution upon appeal denied.

■ FRANCIS NOAH, Appellant, v. LEO BERGER et al., Respondents.— Motion granted to extent that appeal may be prosecuted upon typewritten records and briefs; conditional order of May 7, 1962 amended by striking date of July 2, 1962 and inserting in place thereof date of July 16, 1962.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANN GIBSON, Appellant.— Motion to dismiss appeal adjourned to September 5, 1962. Memorandum: Counsel assigned to appellant upon her request has been derelict in the performance of his duties. A copy of the order to be entered herein will be served upon appellant in New York State Prison at Bedford Hills. If appellant's briefs are not filed and served on or before July 15, 1962, appellant by letter may request substitution of new counsel, whereupon present assigned counsel will be removed and new counsel assigned. The sworn statement of appellant's counsel that he "has been unsuccessful in his attempts to procure a copy of the stenographic minutes" of the trial is at complete variance with his letter of January 24, 1962 which stated that counsel was preparing an order to present to the Oneida County Judge to direct the County Clerk to provide counsel with the stenographer's minutes. (Cf. *People* v. *Warner*, 7 A D 2d 705.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK N. LAINO and JOSEPH BOLLETTIERI, Appellants.— Time for filing and serving appellants' briefs enlarged to July 2, 1962; order of February 22, 1962 amended by striking therefrom the words "including the judge's charge", copies thereof having heretofore been furnished.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BERNARD S. LEVY, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion for reargument of motion for leave to prosecute as poor person denied; motion to dismiss appeal granted upon the written request of the defendant. We have not passed upon the merits of the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH MORRIS, Appellant.—Motion to dismiss appeal denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL A. PALAMA, alias MILTON J. MOORE, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. W. ROGER PRATT, Respondent.—Motion granted and order dismissing appeal vacated; appeal added to September 1962 Term Calendar; respondent directed to file and serve brief on or before August 24, 1962.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PATSY PUPERA, also known as PEPI PUPERA, Appellant.—Motion for an order permitting argument of appeal at June 27, 1962 Term denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH SCAROLA, Respondent, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VERNAL F. SEYMOUR, Appellant.— Motion granted to prosecute appeal from orders of Jefferson County Court entered August 8, 1961 on original papers and typewritten briefs. This appeal should be heard together with the main appeal which is expected to be argued at the September 1962 Term. Appellant's brief should be filed and served on or before August 9, 1962.